UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ADEM OZGER,

Plaintiff,

-against-

KATZ REALTY GROUP OF NY, LLC, and
RONALD E. KATZ,

Defendants.

-----------------------------------------------------------------X

Case No.: 25-cv-02027 (TAM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the above captioned action, through their undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs.

Plaintiff is precluded from bringing any further claims against the Defendants under the Fair Labor Standards Act or New York Labor Law, or any federal, state or local law, for unpaid wages, including minimum wages and overtime pay for the period set forth in Plaintiff's Complaint.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: May 1, 2026

SPASOJEVICH LAW P.C.
*Attorneys for Plaintiff*

By: ______________________
Brendan Tighe, Esq.
52 Duane Street, 7th Floor
New York, New York 10007
(929) 383-0214
bt@spasojevichlaw.com

Dated: May 1, 2026

KAUFMAN DOLOWICH, LLP
*Attorneys for Defendants*

By: ______________________
Matthew Cohen, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100
mcohen@kaufmandolowich.com

**SO ORDERED:** May 11, 2026

Taryn A. Merkl
______________________
Hon. Taryn A. Merkl, U.S.M.J.